Matter of Cohen v Escabar (2023 NY Slip Op 04314)

Matter of Cohen v Escabar

2023 NY Slip Op 04314

Decided on August 16, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 16, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
LARA J. GENOVESI
DEBORAH A. DOWLING
LILLIAN WAN, JJ.

2021-08484
 (Docket No. O-2254-21)

[*1]In the Matter of Jamie Cohen, respondent,
v
Louis Escabar, appellant.

Salvatore C. Adamo, New York, NY, for appellant.
Michael J. Miller, Miller Place, NY, for respondent.

DECISION & ORDER
In a proceeding pursuant to Family Court Act article 8, Louis Escabar appeals from an order of the Family Court, Suffolk County (Paul M. Hensley, J.), dated October 12, 2021. The order denied Louis Escabar's motion to vacate an order of protection of the same court dated June 28, 2021, purportedly entered upon his default.
ORDERED that the order dated October 12, 2021, is dismissed as academic, without costs or disbursements, in light of our determination on a related appeal from the order of protection dated June 28, 2021 (see Matter of Cohen v Escabar, ___ AD3d ___ [Appellate Division Docket No. 2021-05480; decided herewith]).
IANNACCI, J.P., GENOVESI, DOWLING and WAN, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court